PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gregory Marshall

Cr.: 2:99CR-285-01
PACTS Number: 23169

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr., U.S.D.J.

Date of Original Sentence: 09/26/01

Original Offense:   21 U.S.C. § 846 [21 U.S.C. § 841(a)(1)] Conspiracy to Distribute More Than One
Kilogram of Heroin, a Class A felony

Original Sentence: 120 Months imprisonment to be followed by 5 years supervised release, with special
conditions of drug treatment and full financial disclosure

Type of Supervision: Supervised Release                    Date Supervision Commenced: 04/24/08

### PETITIONING THE COURT

[ ]   To extend the term of supervision for            Years, for a total term of            Years.
[X]   To modify the conditions of supervision as follows.  The addition of the following special
condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed
by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and
with the approval of the U.S. Probation Office.

### CAUSE

On December 30, 2008, the offender was arrested by the Paterson Police Department and charged with
Harassment. The incident stems from the offender's break up with his girlfriend, Tremayne Watkins.
She had filed for a temporary restraining order against the offender for his continued efforts to contact
her after the dissolution of their relationship. After his arrest, the offender requested counseling to deal
with his relationship. He also admitted he was experiencing problems adjusting back into society after
a lengthy prison sentence. As a result, the offender was referred for an assessment with St. Mary's Jail
Diversion Program, where he was diagnosed with Adjustment Disorder. As a follow up to the
evaluation, the offender has been referred for outpatient mental health counseling at the Human Growth
Center. It is requested the Court modify the offender's conditions of release to include mental health
counseling. The offender has agreed to the modification and has signed a Waiver of Hearing to Modify
Conditions of Supervised Release.

Respectfully submitted,

By: Patrick Hattersley
U.S. Probation Officer
Date: 02/20/09

PROB 12B - Page 2
Gregory Marshall

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[  ] The Extension of Supervision as Noted Above
[  ] No Action
[  ] Other

Signature of Judicial Officer

4-22-09

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

Witness: _____     Signed: _____
United States Probation Officer        Probationer or Supervised Releasee
Patrick Hattersley                     Gregory Marshall

1-29-09
DATE